IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 2:18-CR-04052-BCW-01 |
| JOHN PHILLIP RENFRO, | ) ) ) |
| Defendant. | ) |

## **ORDER**

Before the Court is Magistrate Judge Willie J. Epps, Jr.'s Report and Recommendation denying Defendant's Motion to Suppress (Doc. #63). Defendant filed objections to the Report and Recommendation. (Doc. #64). After an independent review of the record, the applicable law, and the parties' arguments, the Court adopts the Magistrate's findings of fact and conclusions of law. Accordingly, it is hereby

ORDERED that the Magistrate's Report and Recommendation be attached to and made part of this Order, and denies Defendant's Motion to Suppress (Doc. # 51).

IT IS SO ORDERED.


DATED: April 3, 2019                      /s/ Brian C. Wimes
                                                               JUDGE BRIAN C. WIMES
                                                               UNITED STATES DISTRICT COURT